**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. 06-0145M |
| Plaintiff, ) | **ORDER VACATING COMMITMENT TO ANOTHER DISTRICT** |
| vs. ) | |
| Jose Valdez, ) | |
| Defendant. ) | |

A Commitment to Another District having been erroneously issued on April 5, 2006, ordering the Defendant to be transported to the Northern District of Ohio in Cleveland and the Defendant having previously been released from custody by Magistrate Judge Virginia A. Mathis on March 24, 2006, the Court finds an Order to Appear in the Prosecuting shall be issued.

**IT IS ORDERED** that the Commitment to Another District issued on April 5, 2006 is hereby vacated. An Order to Appear in the Prosecuting District will follow.

DATED this 18th day of April, 2006.

Lawrence O. Anderson
United States Magistrate Judge